**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Roger Armando URBINA ZAPATA,**<br><br>    Plaintiff/Petitioner,<br><br>v.<br><br>**CHRISTOPHER CHESTNUT,** Warden, California City ICE Detention Center; et al.,<br><br>    Respondents. | Case No. 1:25-cv-01922-WBS-CKD<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus came before the Court. Good cause appearing, and in light of the Court's April 6, 2026 minute order granting Petitioner seven days to file an amended petition presenting a Fifth Amendment claim based on detention without a hearing before a neutral arbiter to determine whether Petitioner is dangerous or a flight risk, Dkt. 14, the motion is GRANTED.

IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus is GRANTED.

2. The First Amended Petition, attached to Petitioner's motion, is deemed filed as of the date of this Order.

3. Respondents shall file a response to the amended petition for writ of habeas corpus within 7 days.  Respondents shall include with the response documents relevant to the determination of the issues presented in the petition.

4. Petitioner may file a reply within 7 days of service of the response.

IT IS SO ORDERED.

Dated:  April 10, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE